UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN E. ROBERTS, in his individual and representative capacity as Trustee; KELLI M. ROBERTS, in her individual and representative capacity as Trustee; WILLARD A. WAYNE II; STOCKTON FILTER & SUPPLY CO., Inc., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 2:14-cv-02709-MCE-AC<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation that the matter has been settled in its entirety, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT